## MAYBERRY *v.* PENNSYLVANIA.

No. 11, Misc. Decided December 13, 1965.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. Upon consideration of the concessions of the State and an examination of the papers in the case, the judgment of the Supreme Court of Pennsylvania is vacated and the case remanded to that court for further proceedings.

## O'CONNOR *v.* OHIO.

No. 281, Misc. Decided December 13, 1965.

PER CURIAM.

The petition for rehearing is granted and the order of October 11, 1965, insofar as it denies certiorari, is vacated. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is granted and the judgment is vacated. The case is remanded to the Supreme Court of Ohio for further proceedings in light of *Griffin* v. *California,* 380 U. S. 609.